KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SOLUTIA INC., *ET AL.*,<br><br>        Debtor,<br><br>THE BANK OF NEW YORK,<br><br>        Appellant,<br>vs.<br><br>SOLUTIA INC., *et al.*<br><br>        Appellees. | Case No.: 1:08-CV-00046-LAK<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

## DISCLOSURE STATEMENT OF APPELLEE SOLUTIA INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Appellee Solutia Inc. hereby discloses: Solutia Inc. is a publicly-traded company that does not have a corporate parent. As of January 11, 2008, no publicly-held company owns 10 percent or more of Solutia Inc.'s stock.

Dated: January 11, 2008

_____
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Appellee Solutia Inc.